UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-10726-RGS

RONALD PATTEN

v.

CITY OF HAVERHILL

ORDER OF DISMISSAL

August 21, 2015

STEARNS, D.J.

For the reasons stated below, this action is dismissed without prejudice.

On May 14, 2015, the Court ordered plaintiff Ronald Patten to file an amended complaint. The Court instructed Patten to, *inter alia*, clearly identify the defendants and the legal claim against each party. The Court also explained that, to the extent he brought claims against multiple defendants, the claims had to "aris[e] out of the same transaction, occurrence, or series of transactions or occurrences." Fed. R. Civ. P. 20(a)(2)(A).

The amended complaint does not comply with the requirements set forth in the Court's May 14, 2015 order. As with the original complaint, the amended pleading includes allegations of misconduct by several persons, but Patten has not indicated whether one, some, or all of them are defendants. He also has not identified the legal claims he is bringing against them, and no clear theory of liability under federal law is suggested by the alleged facts. This failure to comply with the basic requirements of Rule 8(a) of the Federal

Rules of Civil Procedure makes it impossible for the Court to issue summonses or for a party to respond to the amended complaint.

Further, to the extent that Patten intended that every alleged wrong-doer mentioned in the amended complaint be a defendant, the defendants are improperly joined in a single action. The plaintiff's varied grievances against the persons identified in the amended complaint do not "aris[e] out of the same transaction, occurrence, or series of transactions or occurrences." Fed. R. Civ. P. 20(a)(2)(A).

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. <u>This order is a final order of dismissal</u>.

**SO ORDERED.**

<u>/s/ Richard G. Stearns</u>
UNITED STATES DISTRICT JUDGE